# EXHIBIT C

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| BIAO WANG *Plaintiff* v. ZYMERGEN INC., et al. *Defendant* | ) ) ) ) ) ) | Civil Action No. 5:21-cv-06028-PCP |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:  Baron Capital Management, Inc.
767 5th Ave., 48th Floor, New York, NY 10153

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: Matters related to issues identified in DCVC's subpoena to Baron Capital served on Nov. 21, 2024.

| Place: Gibson, Dunn & Crutcher LLP 200 Park Ave., New York, NY 10166 | Date and Time: 01/09/2025 11:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic; Video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/03/2024

*CLERK OF COURT*

OR

/s/ Michael D. Celio

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Mgmt , who issues or requests this subpoena, are:

Michael D. Celio | 310 University Avenue, Palo Alto, CA 94301 | MCelio@gibsondunn.com | 650.849.5326

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).