# ATTACHMENT A

**<u>Petitioners:</u>**

Data Collective II, L.P., 270 University Ave, Palo Alto, CA 94301 (Santa Clara County)

DCVC Opportunity Fund, L.P., 270 University Ave, Palo Alto, CA 94301 (Santa Clara County)

DCVC Management Co, LLC, 270 University Ave, Palo Alto, CA 94301 (Santa Clara County)