UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DATA COLLECTIVE II, L.P., DCVC OPPORTUNITY FUND, L.P., and DCVC MANAGEMENT CO, LLC,<br><br>                      Petitioners,<br><br>v.<br><br>BARON CAPITAL MANAGEMENT INC.,<br><br>                      Respondent. | Misc. Case No.   25-mc-57<br><br>Related to Civil Action No. 5:21-cv-06028-PCP, pending in the United States District Court for the Northern District of California |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC ("DCVC Petitioners") certifies that no DCVC Petitioner has a parent corporation, and no publicly held corporation owns 10% or more of any DCVC Petitioner.

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By:  */s/ Mary Beth Maloney*
                                            Mary Beth Maloney
                                            200 Park Avenue, 47th Floor
                                            New York, NY 10166-0193
                                            Telephone: (212) 351-4000
                                            MMaloney@gibsondunn.com

                                            *Attorney for Petitioners Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC*